TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NICOLE R. LEIBOW
Assistant United States Attorney
501 South Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nicole.Leibow@usdoj.gov

*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EKATERINA CHMUNEVICH,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as SECRETARY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH EDLOW, in his official capacity as DIRECTOR,<br><br>　　　　Defendants | Case No. 2:25-cv-01582-~~JCM~~-NJK  (CDS)<br><br>**Stipulation and Order to Extend Federal Defendants' Responsive Pleading Deadline**<br><br>**(First Request)**<br><br>[ECF No. 11] |

　　　　Pursuant to Fed. R. Civ. P. 6(b)(1)(A), LR IA 6-1, and LR 26-3, Plaintiff Ekaterina Chmunevich ("Plaintiff") and Federal Defendants United States Department of Homeland Security, Kristi Noem, United States Citizenship and Immigration Services ("USCIS"), and Joseph Edlow (collectively, "Federal Defendants" or "USCIS") request and stipulate to extending Federal Defendants' deadline to file a responsive pleading to Plaintiff's Complaint by sixty (60) days. This request would move Federal Defendants' deadline to file a responsive pleading to Plaintiff's Complaint from January 20, 2026, to **March 23, 2026**.[1]  The standard for extending time is good cause. *See* Fed. R. Civ. P. 6(b)(1)(A). Undersigned counsel met and conferred regarding this stipulation on January 6, 2026.

---

[1] March 22, 2026, is a Sunday. *See* Fed. R. Civ. P. 6(a)(1)(A), (C).

On September 29, 2025, National Benefits Center ("NBC") issued a Request for Evidence ("RFE"), notifying Plaintiff that the Form I-693 Report of Medical Examination and Vaccination Record was not signed by the civil surgeon. USCIS cannot adjudicate Plaintiff's Form I-485 Application to Register Permanent Residence or Adjust Status without the requested information. To provide Plaintiff with sufficient time to submit a properly completed and signed Form I-693, and in turn provide USCIS sufficient time to review the new evidence and adjudicate Plaintiff's Form I-485, Federal Defendants have good cause to request a sixty-day (60) extension to file a responsive pleading to Plaintiff's Complaint. This is the first request to extend Federal Defendants' responsive pleading deadline.

Respectfully submitted this 7th day of January 2026.

| | |
|---|---|
| Nikhman Law Firm PLLC | SIGAL CHATTAH<br>First Assistant United States Attorney |
| /s/ Roman Nikhman<br>ROMAN NIKHMAN<br>Nevada Bar No. 15444<br>3960 Howard Hughes Pkwy, Suite 500<br>Las Vegas, Nevada 89169<br>Telephone: (702) 550-9068<br>Email: esq@nikhman.com<br><br>*Attorney for Plaintiff* | /s/ Nicole Leibow<br>NICOLE R. LEIBOW<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br><br>*Attorneys for the Federal Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 8, 2026

2