# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ekaterina Chmunevich, | Case No. 2:25-cv-01582-CDS-NJK |
| Plaintiff | **Order Granting Plaintiff's Motion to Extend Time** |
| v. | |
| United States Department of Homeland Security, et al., | [ECF No. 22] |
| Defendants | |

Plaintiff Ekaterina Chmunevich seeks a thirty-day extension of time to respond to the defendants' motion to dismiss because a recent interview produced new factual information and raised procedural arguments that require careful development. Mot., ECF No. 22. The court finds that the plaintiff's request is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.[1]

IT IS THEREFORE ORDERED that the plaintiff's motion to extend time to file a response **[ECF No. 22] is GRANTED**. Chmunevich's opposition to the motion to dismiss is due by June 19, 2026.

Dated: May 19, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] The court notes that the defendants initially agreed to counsel's request for additional time but later withdrew their consent. ECF No. 22 at 5.