UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ekaterina Chmunevich,

               Plaintiff

v.

United States Department of Homeland
Security, et al.,

               Defendants

Case No. 2:25-cv-01582-CDS-NJK

**Order Granting Defendants'
Motion to Extend Time to File a Reply**

[ECF No. 26]

Defendants' counsel seeks a ten-day extension of time to file a reply in support of their motion to dismiss due to the recent departure of the previously assigned Assistant United States Attorney. Mot., ECF No. 26. The defendants' counsel represents that the plaintiff's counsel did not oppose the requested extension, however they could not agree on the terms. *Id.* at 2. Nonetheless, I find that the defendants' request is made in good faith and not solely for the purpose of delay, so there is good cause to grant the requested extension.

It is hereby ordered that the defendants' motion to extend time [ECF No. 26] is **GRANTED** nunc pro tunc. The defendants must file a reply by June 5, 2026.

    Dated: June 5, 2026

                                 _____
                                 Cristina D. Silva
                                 United States District Judge